UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-21475-COOKE/TORRES

HOWARD COHAN,

       Plaintiff,

vs.

18001 HOLDINGS, LLC, d/b/a TRUMP
INTERNATIONAL BEACH RESORT,

       Defendant.
_____/

## **DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME**

Defendant, 18001 Holdings, LLC, by and through undersigned counsel, hereby moves the Court for an enlargement of time to respond to the Complaint.

1. Defendant's response to the Complaint is currently due on June 5, 2014. The parties are currently engaged in settlement discussions and are hopeful of reaching a resolution of this matter without the need for further filings.

2. Defendant believes that an additional 21 days should allow completion of the current discussions. Accordingly, Defendant requests a 21-day enlargement, through and including June 26, 2014.

3. This motion is made in good faith and not for purposes of delay. A brief enlargement of 21 days to respond to the Complaint will not prejudice any of the parties involved in this case.

4. Undersigned counsel for Defendant hereby certifies that Plaintiff's counsel agrees to the relief sought herein.

5.     Pursuant to the Local Rules, a proposed Order granting the requested relief is being submitted along with this motion.

WHEREFORE Defendant, 18001 Holdings, LLC, respectfully requests the Court to grant a 21-day enlargement of time to respond to the Complaint, until June 26, 2014.

Respectfully submitted,

By: _/s/ Daniel F. Blonsky_
Daniel F. Blonsky, Florida Bar No. 972169
dblonsky@coffeyburlington.com
Susan E. Raffanello, Florida Bar No 676446
sraffanello@coffeyburlington.com
lmaclaren@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: (305) 858-2900/Fax: (305) 858-5261
*Counsel for Defendant*

2

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

CERTIFICATE OF SERVICE

  I hereby certify that on June 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: */s/ Daniel F. Blonsky*
                   Daniel F. Blonsky

SERVICE LIST

| Mark D. Cohen | Jessica L. Kerr |
|---|---|
| Mark D. Cohen, P.A. | Jessica L. Kerr, P.A. |
| Presidential Circle, Suite 435 So. | 401 E. Las Olas Blvd., 130-497 |
| 4000 Hollywood Boulevard | Ft. Lauderdale, Florida 33301-2210 |
| Hollywood, Florida 33021 | Tel. 954-843-3547 |
| Tel. 954-962-1166 | Tel. 561-667-3854 |
| Fax. 954-962-1779 | jessicakerresquire@gmail.com |
| mdcohenpa@yahoo.com | *Counsel for Plaintiff* |
| *Counsel for Plaintiff* | |

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com