UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-21475-COOKE/TORRES

HOWARD COHAN,

    Plaintiff,

vs.

18001 HOLDINGS, LLC d/b/a TRUMP INTERNATIONAL BEACH RESORT,

    Defendant.

_____/

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, hereby dismisses this matter against Defendants, 18001 HOLDINGS, LLC d/b/a TRUMP INTERNATIONAL BEACH RESORT, with prejudice, as the parties have amicably settled this matter.

CERTIFICATE OF SERVICE

I certify that on June 27th, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF and via email.

MARK D. COHEN, P.A.

Counsel for Plaintiff

4000 Hollywood Blvd., Suite 435

Hollywood, Florida 33021

Telephone: (954) 962-1166


   */s/ Mark D. Cohen*      

MARK D. COHEN, ESQ.

Fla. Bar No. 347345