UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-21475-Civ-COOKE/TORRES

HOWARD COHAN,

    Plaintiff,

vs.

18001 HOLDINGS, LLC d/b/a TRUMP
INTERNATIONAL BEACH RESORT,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Pl.'s Notice of Voluntary Dismissal With Prejudice, ECF No. 14. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30TH day of June 2014.

*[Signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G Torres, U.S. Magistrate Judge*
*Counsel of record*